**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**AMERICAN HOME ASSURANCE COMPANY,**

    Plaintiff,

v.   Case No. 8:05-cv-2250-T-30MSS

**JOHN K. VREELAND, Administrator Ad Litem for the Estate of JOSE MARTINEZ, and the Personal Representative of the Estate of JOSE MARTINEZ, Deceased; DANNY FERRER d/b/a FERRER AVIATION; DANNY FERRER; BIOMETRIC SCIENCE FOUNDATION, LLC; AEROLEASE OF AMERICA, INC.; and LINDA PALAS, as Personal Representative of the Estate of DONALD PALAS, Deceased,**

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant John K. Vreeland, Administrator Ad Litem for the Estate of Jose Martinez, and the Personal Representative of the Estate of Jose Martinez's Motion to Stay (Dkt. #33), Notice of Filing Exhibit to Motion to Stay (Dkt. #39), Plaintiff's Memorandum in Opposition to Defendant John K. Vreeland's April 19, 2006 Motion to Stay (Dkt. #40-1), and Defendants Danny Ferrer, Biometric Science Foundation LLC and Danny Ferrer d/b/a Ferrer Aviation's Notice of Joinder (Dkt. #49). The Court, having considered the motion, response, memoranda, oral argument of

counsel, and being otherwise advised in the premises, finds that this case should be dismissed without prejudice.

On or about April 17, 2006, Plaintiff filed a Complaint for Declaratory Relief in the Circuit Court of the Tenth Judicial Circuit, in and for Polk County, Florida, Case No. 53-2005-CA-3535 (the "State Court Action"). The Complaint for Declaratory Relief filed in the State Court Action requests the same relief as requested herein. As a result, Plaintiff currently has two cases pending in two separate courts requesting the same relief.

On or about May 2, 2006, Plaintiff filed an Amended Complaint for Declaratory Relief in this Court, adding a cause of action based on fraud. In support of Plaintiff's fraud claim, Plaintiff alleges that on March 17, 2006, Danny Ferrer made fraudulent statements during his deposition given in the State Court Action. Plaintiff's fraud claim is based on events occurring well after the airplane crash at issue. Thus, it appears that such allegations are more properly brought within the State Court Action.

For these reasons, the Court dismisses this case without prejudice.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant John K. Vreeland, Administrator Ad Litem for the Estate of Jose Martinez, and the Personal Representative of the Estate of Jose Martinez's Motion to Stay (Dkt. #33) is DENIED AS MOOT.

2. Plaintiff's Amended Complaint for Declaratory Relief (Dkt. #41-1) is dismissed without prejudice.

3. The Clerk is directed to close this case and terminate all pending motions.

**DONE** and **ORDERED** in Tampa, Florida on May 17, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-2250.dismiss.wpd